# EXHIBIT A



6281 Tri-Ridge Blvd., Ste. 300
Cincinnati, OH 45140
704.559.4300
www.GarretsonGroup.com
**Tax ID: 26-3840385**

09-22-2015

**Invoice Number: 32836**
Invoice Period: 04-01-2015 - 08-31-2015

Payment Terms: Due Upon Receipt

**RE: Multiple Matters**

Biomet Common Benefit Fund - Escrow Agent
Biomet Common Benefit Fund - Fee Committee

## Biomet Common Benefit Fund - Escrow Agent

### Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 08-06-2015 | SF - Treasury Analyst | A104 - Review / analyze - Call with Sylvius to review expense report. | 1.500 | 250.00 | 375.00 |
| 08-13-2015 | SK - Treasury Analyst | Provide consolidated report of the funds that have been reserved in the Biomet Common Benefit Fund for expenses/fees. | 0.800 | 250.00 | 200.00 |
| 08-31-2015 | SK - Treasury Analyst | Provide funding instructions for the Biomet Common Benefit Fund to the PSC. | 0.200 | 250.00 | 50.00 |
| 08-31-2015 | SK - Treasury Analyst | 4/27/2015 - PSC call for Biomet Common Benefit Fund | 1.000 | 250.00 | 250.00 |
| 08-31-2015 | SK - Treasury Analyst | 6/19/2015 - Follow up call for Biomet Common Benefit Fund | 1.000 | 250.00 | 250.00 |
| 08-31-2015 | SK - Treasury Analyst | 3/4/2015 - Review Fund Structure and Documents for Biomet Common Benefit Fund | 0.500 | 250.00 | 125.00 |
| 08-31-2015 | SK - Treasury Analyst | 4/23/2015 - Review Fund Structure and Documents for Biomet Common Benefit Fund | 0.700 | 250.00 | 175.00 |
| 08-31-2015 | SK - Treasury Analyst | 5/4/2015 - Define Project Plan and Expense review process based on Time and Expense Order for Biomet Common Benefit Fund. | 0.800 | 250.00 | 200.00 |
| 08-31-2015 | SK - Treasury Analyst | June 2015 - Review draft of Motion and Order to Establish the Biomet Common Benefit Fund. | 0.700 | 250.00 | 175.00 |
| 08-31-2015 | SK - Treasury Analyst | 6/25/15 - Open Bank accounts for the Biomet Common Benefit Fund, grant user access, set | 1.000 | 250.00 | 250.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | | wire limits and establish fraud protection on the accounts. | | | |
| 08-31-2015 | SK - Treasury Analyst | 6/28/15 - Work with Lien Resolution to forecast GRG Fees. | 1.000 | 250.00 | 250.00 |
| 08-31-2015 | SK - Treasury Analyst | 7/10/15 - Review Common Benefit Fund Petition and provide edits to Fiduciary for final review. | 0.500 | 250.00 | 125.00 |
| | | | **Total Fees:** | | 2,425.00 |

## Summary

| Professional | Hours | Amount |
|-------------|-------|--------|
| SF - Treasury Analyst | 1.500 | 375.00 |
| SK - Treasury Analyst | 8.200 | 2,050.00 |
| **Total Fees:** | | 2,425.00 |

# Biomet Common Benefit Fund - Fee Committee

## Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 04-23-2015 | SVS - Chief Compliance Officer | A104 - Review / analyze - Review Common Benefit Petition. | 0.500 | 405.00 | 202.50 |
| 04-27-2015 | SVS - Chief Compliance Officer | A100 - Activities - Follow up with Tom Anapol team regarding expenses. | 0.500 | 405.00 | 202.50 |
| 05-01-2015 | SVS - Chief Compliance Officer | A106 - Communicate (with Client) - Telephone call with Tom Anapol and SFA team regarding CBF. | 0.500 | 405.00 | 202.50 |
| 05-05-2015 | SVS - Chief Compliance Officer | A104 - Review / analyze - Review Summary of expenses. | 0.100 | 405.00 | 40.50 |
| 05-20-2015 | SVS - Chief Compliance Officer | A104 - Review / analyze - Review CB Committee matters; set up. | 0.500 | 405.00 | 202.50 |
| 06-01-2015 | SF - Treasury Analyst | A100 - Review expesnse reports and discuss same with Sylvius. | 0.500 | 250.00 | 125.00 |
| 06-10-2015 | JL – Escrow Agent | A104 - Review / analyze - review expense and fee reports for Biomet CB Committee. | 2.600 | 390.00 | 1,014.00 |
| 06-10-2015 | SF - Treasury Analyst | A104 - Review / analyze _ Review expense report. | 0.500 | 250.00 | 125.00 |
| 06-11-2015 | SF - Treasury Analyst | A100 - Activities - Provide update on expense report change with team. | 0.300 | 250.00 | 75.00 |
| 06-12-2015 | SF - Treasury Analyst | A106 - Communicate (with Client) - Communicate with firm on expense report status. | 0.500 | 250.00 | 125.00 |
| 06-15-2015 | SF - Treasury Analyst | A104 - Review / analyze - Document review and discuss findings with team. | 1.000 | 250.00 | 250.00 |
| 06-15-2015 | SVS - Chief Compliance Officer | A104 - Review / analyze - Review updated Biomet CB Accounting from Emily Ashe. | 0.500 | 405.00 | 202.50 |
| 06-15-2015 | SVS - Chief Compliance Officer | A104 - Review / analyze - Review, revise expense report CB Committee. | 0.500 | 405.00 | 202.50 |
| 06-16-2015 | SF - Treasury Analyst | A104 - Review / analyze - Review expense report. | 1.000 | 250.00 | 250.00 |
| 06-17-2015 | SF - Treasury Analyst | A104 - Review / analyze _ Review expense report. | 1.000 | 250.00 | 250.00 |
| 06-17-2015 | SVS - Chief Compliance Officer | A100 - Activities - Finalize expense reports. | 0.500 | 405.00 | 202.50 |
| 06-18-2015 | SVS - Chief Compliance Officer | A104 - Review / analyze - expenses follow ups; review tier hierarchy. | 0.500 | 405.00 | 202.50 |
| 06-19-2015 | SVS - Chief Compliance Officer | A100 - Activities - Multiple follow ups on CBF accounting ( fees, deposits, and expenses). | 0.500 | 405.00 | 202.50 |
| 06-19-2015 | SF | A106 - Communicate (with Client) - | 1.000 | 250.00 | 250.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | | Communications with firms and Escrow Agent team on expenses. | | | |
| 06-23-2015 | SVS - Chief Compliance Officer | A100 - Activities - expense follow ups with Anapol Schwartz. | 0.500 | 405.00 | 202.50 |
| 06-23-2015 | SVS - Chief Compliance Officer | A104 - Review / analyze - review court order with Jessica Larbes. | 0.500 | 405.00 | 202.50 |
| 06-23-2015 | SVS - Chief Compliance Officer | A104 - Review / analyze - Review F&E petition draft. | 0.800 | 405.00 | 324.00 |
| 06-25-2015 | SVS - Chief Compliance Officer | A104 - Review / analyze Review notes for F&E petition draft. | 0.200 | 405.00 | 81.00 |
| 06-25-2015 | SF - Treasury Analyst | A100 - Activities - Obtain EIN/Account Opening/ Expense Review. | 2.500 | 250.00 | 625.00 |
| 06-28-2015 | SVS - Chief Compliance Officer | A104 - Review / analyze - Review reports & request consolidation for same; follow up | 0.600 | 405.00 | 243.00 |
| 07-01-2015 | SF - Treasury Analyst | A100 - Activities - Set up account on internal software. | 0.500 | 250.00 | 125.00 |
| 07-03-2015 | SVS - Chief Compliance Officer | A100 - Activities _ Draft report to CB committee. | 0.600 | 405.00 | 243.00 |
| 07-03-2015 | SVS - Chief Compliance Officer | A104 - Review / analyze -Develop fee methodology based on tiered value hierarchy. | 0.600 | 405.00 | 243.00 |
| 07-04-2015 | SVS - Chief Compliance Officer | A104 - Review / analyze  - Review fee reports. | 0.400 | 405.00 | 162.00 |
| 07-04-2015 | SVS - Chief Compliance Officer | A100 - Activities  - Prepare summary reports. | 0.400 | 405.00 | 162.00 |
| 07-04-2015 | SVS - Chief Compliance Officer | A106 - Communicate (with Client) - update CB expense committee lead. | 0.400 | 405.00 | 162.00 |
| 07-06-2015 | SVS - Chief Compliance Officer | A100 - Activities - Work on tier summary reports. | 0.400 | 405.00 | 162.00 |
| 07-07-2015 | SVS - Chief Compliance Officer | A100 - Activities - Work on tier summary reports. | 0.500 | 405.00 | 202.50 |
| 07-10-2015 | SVS - Chief Compliance Officer | A100 - Activities - Draft report for Jessica Larbes. | 0.500 | 405.00 | 202.50 |
| 07-10-2015 | SVS - Chief Compliance Officer | A100 - Activities - Finalize review of last fee reports, updated fee calculations and draft report to fee committee. | 0.800 | 405.00 | 324.00 |
| 07-13-2015 | SVS - Chief Compliance Officer | A104 - Review / analyze - Review and revise submitted reports. | 0.200 | 405.00 | 81.00 |
| 07-15-2015 | SVS - Chief Compliance Officer | A104 - Review / analyze - Review, revise submitted fee reports | 0.400 | 405.00 | 162.00 |
| 07-16-2015 | JL - Escrow Agent | A104 - Review / analyze - review expense and fee reports for Biomet CB Committe. | 2.600 | 390.00 | 1,014.00 |
| 07-22-2015 | SVS - Chief Compliance Officer | A104 - Review / analyze review all fee reports; discuss allocation methodology with Jessica Larbes. | 1.800 | 405.00 | 729.00 |
| 07-22-2015 | SVS - Chief Compliance Officer | A100 - Activities - prepare adjusted reports and prepare summary report for fee committee , follow up with Tom Anapol, Melissa Hague and SFA teams regarding the same. | 0.400 | 405.00 | 162.00 |
| 07-23-2015 | SF - Treasury Analyst | A106 - Communicate (with Client) - Meeting with client regarding expense reports. | 3.500 | 250.00 | 875.00 |
| 07-24-2015 | SVS - Chief Compliance Officer | A100 - Activities _ Provide update to CB expense committee regarding updated petition. | 0.400 | 405.00 | 162.00 |
| 07-24-2015 | SVS - Chief Compliance Officer | A100 - Activities - Compile reports; and review methodology and PSC contributions with Jessica Larbes. | 0.500 | 405.00 | 202.50 |
| 07-27-2015 | SVS - Chief Compliance Officer | A100 - Activities - update CB committee on status of revised fee petition. | 0.500 | 405.00 | 202.50 |
| 07-27-2015 | SF - Treasury Analyst | A100 - Activities - Meeting with expense | | 250.00 | No Charge |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | | committee regarding expense reports. | | | |
| 07-29-2015 | SF - Treasury Analyst | A106 - Communicate (with Client) _ Meeting with Tom Anapol and team regarding expense report updates. | 3.500 | 250.00 | 875.00 |
| 07-29-2015 | SVS - Chief Compliance Officer | A106 - Communicate (with Client) - Work with Tom Anapol to finalize fee report and prepare for committee review. | 0.500 | 405.00 | 202.50 |
| 07-30-2015 | SVS - Chief Compliance Officer | A100 - Activities - Finalize fee & expense petition. | 0.400 | 405.00 | 162.00 |
| 07-30-2015 | SVS - Chief Compliance Officer | A100 - Activities - finalize report to committee with Tom Anapol to edit and adjust based on final methodology adjustments. | 0.400 | 405.00 | 162.00 |
| 07-30-2015 | SVS - Chief Compliance Officer | A100 - Activities - review if finalized reports with Jessica Larbes. | 0.400 | 405.00 | 162.00 |
| 07-30-2015 | SF - Treasury Analyst | A106 - Communicate (with Client) - Call with client regarding expense report changes. | 1.500 | 250.00 | 375.00 |
| 07-30-2015 | LH - Compliance Officer | Prepare Affidavit of Jessica Larbes in support of the Common Benefit Fund fee and expense methodology. | 2.800 | 275.00 | 770.00 |
| 08-04-2015 | SVS - Chief Compliance Officer | A104 - Review / analyze - Review status report from Tom Anapol; review. | 0.400 | 405.00 | 162.00 |
| 08-04-2015 | SVS - Chief Compliance Officer | A100 - Activities - Revise tier summary report. | 0.400 | 405.00 | 162.00 |
| 08-06-2015 | SVS - Chief Compliance Officer | A104 - Review / analyze review all edits by Tom Anapol. | 0.200 | 405.00 | 81.00 |
| 08-06-2015 | SVS - Chief Compliance Officer | A100 - Activities _ Revise fee & expense paragraphs of draft petition and order; discuss same with Jessica Larbes. | 0.300 | 405.00 | 121.50 |
| 08-06-2015 | SVS - Chief Compliance Officer | A100 - Activities - Validate petition calculation for petition and draft report to Tom Anapol and | 0.200 | 405.00 | 81.00 |
| 08-07-2015 | SVS - Chief Compliance Officer | A104 - Review / analyze - Proof, final edits and review all exhibits. | 0.400 | 405.00 | 162.00 |
| 08-31-2015 | JL - Escrow Agent | A104 - Review / analyze - review expense reports for Biomet CB Committe. | 2.600 | 390.00 | 1,014.00 |
| | | **Total Fees:** | | | 16,075.00 |

## Summary

| Professional | Hours | Amount |
|-------------|-------|--------|
| JL – Escrow Agent | 7.800 | 3,042.00 |
| LH - Compliance Officer | 2.800 | 770.00 |
| SF – Treasury Analyst | 17.300 | 4,325.00 |
| SVS - Chief Compliance Officer | 19.600 | 7,938.00 |
| **Total Fees:** | | 16,075.00 |
| **Total for this Invoice:** | | 18,500.00 |

Anapol Schwartz

09-22-2015

**Garretson Resolution Group**
6281 Tri-Ridge Blvd., Ste. 300
Cincinnati, OH 45140

**Invoice Number: 32836**
Invoice Period: 04-01-2015 - 08-31-2015

## REMITTANCE COPY

**RE: Multiple Matters**

Biomet Common Benefit Fund - Escrow Agent
Biomet Common Benefit Fund - Fee Committee

| | |
|---|---|
| **Fees:** | 18,500.00 |
| **Total for this Invoice:** | 18,500.00 |

Wire Instructions:
The PrivateBank
70 West Madison Street
Chicago, IL 60602
For Credit to: Garretson Resolution Group, Inc.-Wire Receipts Account
ABA# 071006486
Acct# 2178037